**EXHIBIT I**

Tomas Dueño Espada
Payment History since 12/10/13

| Fecha | Pago | |
|---|---|---|
| 12/10/2013 | $930.24 | suspenso |
| 3/10/2014 | $194.91 | suspenso |
| 3/10/2014 | $2,148.61 | suspenso |
| 3/12/2014 | -$1,946.22 | pago aplicado |
| 3/27/2014 | $28.24 | suspenso |
| 3/28/2014 | $311.25 | suspenso |
| 3/31/2014 | -$930.24 | pago aplicado |
| 6/12/2014 | $579.70 | suspenso |
| 7/1/2014 | -$973.11 | pago aplicado |
| 7/29/2014 | $317.45 | suspenso |
| 8/14/2014 | $249.15 | suspenso |
| 9/16/2014 | $224.91 | suspenso |
| 9/24/2014 | -$973.11 | pago aplicado |
| 10/28/2014 | $537.57 | suspenso |
| 11/6/2014 | $319.18 | suspenso |
| 11/17/2014 | -$973.11 | pago aplicado |
| 1/12/2015 | $638.36 | suspenso |
| 2/10/2015 | $319.18 | suspenso |
| 2/23/2015 | -$973.11 | pago aplicado |
| 4/8/2015 | $319.18 | suspenso |
| 5/8/2015 | $319.18 | suspenso |
| **Total: $668.21 suspenso** | | |
| Transferencia a Bautista | | |
| 9/9/2015 | $319.18 | Intereses |
| 12/8/2015 | $638.36 | Intereses |
| 12/8/2015 | $310.55 | Intereses |
| 2/8/2016 | $310.55 | Intereses |
| 2/8/2016 | $319.18 | Intereses |
| 2/8/2016 | $310.55 | Intereses |
| 2/9/2016 | $236.95 | Intereses |