IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>TOMAS M. DUEÑO ESPADA<br>MERCEDES E. LUGO RODRIGUEZ<br><br>DEBTOR (S) | CASE NO.: 16-00470-ESL<br><br><br><br>CHAPTER 13 |

## MOTION AMENDING PLAN

**TO THE HONORABLE COURT:**

**COMES NOW** debtor through the undersigned attorney and very respectfully states and prays as follows:

1) That the Chapter 13 Plan needs to be amended to add line 4 in other provisions.

2) That the Chapter 13 Plan is hereby amended and filed.

**WHEREFORE** debtor very respectfully prays from the Court that the amended Chapter 13 Plan be allowed, and confirm if the Trustee so recommends.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

Notice is hereby given that a Motion Amending Plan has been filed by Debtor.

Within FOURTEEN (14) days after service as evidenced by the certification, and an additional three (3) days pursuant Fed. R. Bank P. (9006) (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief or remedy sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. It you file a timely response, the court may-in its discretion-schedule a hearing.

I HEREBY CERTIFY that on the same date of this Notice a copy of the mentioned MOTION was filed by regular electronic means with the Court who provide Notice to all creditors installed in the CM/ECFM System and by regular mail to all creditors listed in the master list address that are not in the electronic register of the Court.

In Carolina Puerto Rico this April 4, 2016.

    MORENO & SOLTERO, LLC
    /s/ ROSANA MORENO RODRIGUEZ
    ATTORNEY FOR DEBTOR
    USDC #221903
    P.O. BOX 679
    TRUJILLO ALTO, PR 00977
    TELEPHONE: (787) 750-8160 / 8166
    FAX: (787) 750-8243
    rmoreno@morenosolterolaw.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                      Case No. **16-00470** ESL

**DUEÑO ESPADA, TOMAS M. & LUGO RODRIGUEZ, MERCEDES E.**                                     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                             ☑ AMENDED PLAN DATED: **4-4-16**
☑ PRE ☐ POST-CONFIRMATION                                    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ | 1,600.00 x | 12 = $ | 19,200.00 |
| $ | 5,400.00 x | 48 = $ | 259,200.00 |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

                        TOTAL: $        278,400.00

Additional Payments:
$     300,000.00 to be paid as a LUMP SUM
within **24 months** with proceeds to come from:
**FROM THE FILING DATE OF THE PETITION.**
☐ Sale of Property identified as follows:

☑ Other:
**FINANCING OF INHERITANCE PROPERTY**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $         578,400.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $     **136.00**

Signed: **/s/ TOMAS M. DUEÑO ESPADA**
              Debtor

        **/s/ MERCEDES E. LUGO RODRIGUEZ**
              Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR **Bautista Cayman**  $ **857.49**
B. SECURED CLAIMS:                    **SEE OTHER PROVISIONS**
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK DE PR**   Cr. _____   Cr. _____
# **000025076**             # _____    # _____
$        **28,000.00**      $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO POPULAR D** Cr. **BAUTISTA CAYMAN** Cr. **See Attached**
# **70009467**          # **7863**              # _____
$       **71,331.64**   $ **108,540.79**        $ _____
3. **+ 6.75% INT.**     **+ 4.25% INT.**
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
    **FIRST BANK DE PR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive **100 + 4.25%** disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Moreno & Soltero Law Offices, LLC**       Phone: **787-758 8160**

CHAPTER 13 PAYMENT PLAN

IN RE DUEÑO ESPADA, TOMAS M. & LUGO RODRIGUEZ, MERCEDES E.  Case No. 16-00470
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| Trustee pays IN FULL Secured Claims: | CRIM | 087084765-13-001 | 1,537.78 |
|  | CRIM | 11500700220000 | 11,912.13 |
|  | IRS | 6032 | 14,976.77 |
|  | RUSHMORE LOAN M | 8000004459 | 112,022.00 |
| Executory Contracts - Assumed: | ALEXANDRA VEGA | | |
|  | ALFONSO REYES | | |
|  | ARAMIS BAEZ | | |
|  | CONTRERAS | | |
|  | Claudio Mendez | | |
|  | DEBORAH SANTIAGO | | |
|  | EZEQUIEL SANCHEZ | | |
|  | MARGARET DUENO | | |
|  | PABLO QUINONES | | |
|  | WILDA GARRASTEGI | | |
|  | YAMILKA RAMOS | | |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE DUEÑO ESPADA, TOMAS M. & LUGO RODRIGUEZ, MERCEDES E.    Case No. 16-00470
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

1) ATTORNEY'S FEES TO BE PAID AHEAD.

2) ANY POST-PETITION INCOME FROM TAX RETURNS THAT THE DEBTOR/S BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THE PLAN IN ADDITION TO THE OFFERED BASE.

AFTER THE CONFIRMATION AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED IN SUCH INCREASE OF THE BASE AS THE AMOUNT OF THE TAX RETURN RECEIVED BY THE TRUSTEE.

THE AMOUNT THAT THE DEBTOR/S IS/ARE COMMITTING FROM HIS/HER/THEIR TAX RETURNS WOULD BE THE AMOUNT THAT THE COURT DETERMINES THAT WOULD NOT BE NECESSARY TO THE LIFE OR WELL BEING OF HIS/HER/THEIR DEPENDENTS.

THE DEBTOR/S WOULD AT EVERY OCCASION OR OCCURRENCE REQUEST THE COURT TO AUTHORIZE USE OF ANY AMOUNT OF TAX REFUND THAT NOT OFFERED TO THE PLAN AFTER JUSTIFYING ANY NECESSARY EXPENSE THAT WOULD ENTER AND AFFECT THE CONCEPT OF DISPOSABLE INCOME THAT IS THE BASE OF THE TAX REFUNDS.

3) DEBTOR HEREBY ESTIMATES ARREARS FOR MORTGAGE ARREARS, AND OTHER SECURED ARREARS, AND DEBTS TO BE PAID IN FULL. DEBTOR RECOGNIZES THAT ARREARS OR OTHER DEBTS TO BE PAID IN FULL AS SECURED SHALL BE PAID BY THE TRUSTEE BASED ON CLAIMS.

4) ANY AVAILABLE FUNDS AFTER PAYMENT OF THE ADEQUATE PROTECTIO OF $857.49, TRUSTEE'S FEES AND ATTORNEY'S FEES SHALL BE DISTRIBUTED AMONGST THE OTHER SECURED CREDITORS. FAILURE TO COMPLY WITH THESE TERMS SHALL RESULT IN THE INMEDIATE RELIEF OF THE AUTOMATIC STAY IN FAVOR OF BAUTISTA CAYMAN.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

ADVANCE COLLECTION SERVICES, INC.
PO BOX 364607
SAN JUAN, PR 00936-4607


ATT
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921


BANCO POPULAR DE PR
PO BOX 70100 CARD PRODUCTS DIVISION
SAN JUAN, PR 00936


BANCO POPULAR DE PR
MORTGAGE SERVICING DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708


BANCO POPULAR DE PUERTO RICO
PO BOX 366818 BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00936-6818


BAUTISTA CAYMAN ASSET COMPANY
CAPITAL CROSSING PUERTO RICO LLC
221 AVE. PONCE DE LEON 221 PLAZA
HATO REY, PR 00918


CICA COLLECTION AGENCY, INC.
PO BOX 12338
SAN JUAN, PR 00914-0338

```
CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC  28272-0919


COLLECTION & MANAGEMENT ASSISTANCE INC.
239 ARTERIAL HOSTOS AVE SUITE 1102
CAPITAL CENTER, SOUTH TOWER
SAN JUAN, PR  00918-1477


CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387


DEPARTAMENTO DE HACIENDA
CAPITOL CENTER TORRE NORTE SUITE 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR  00918-1454


DTOP
PO BOX 41243
DIRECTORIA DE SERVICIOS AL CONDUCTOR
SAN JUAN, PR  00940-1243


FIRST BANK DE PR
PO BOX 8318 DEPARTAMENTO DE HIPOTECAS
SAN JUAN, PR  00910-0318


IRS
PO BOX 7346
PHILADELPHIA, PA  19101-7346
```

```
LCDO. NICOLAS QUIÑONES CASTRILLO
PO BOX 195389 ATTORNEY OF DORAL BANK
SAN JUAN, PR   00919-5389


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT O B
HOUSTON, TX   77210-4457


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO Box 4457
Houston, TX   77210-4457


MUNICIPALITY SAN JUAN
SAN JUAN   P.O. BOX 70179
PR, PR   00936-8179


NW MANAGEMENT GROUP INC
URB EL CEREZAL CALLE PARANA #1650
SAN JUAN, PR   00926


POPULAR AUTO
PO BOX 366818
SAN JUAN, PR   00936-6818


PR ACQUISITIONS, LLC
PO BOX 194499
SAN JUAN, PR   00919-4499
```

```
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 11907
SAN JUAN, PR   00922


TOYOTA CREDIT DE PR
PO BOX 366251
SAN JUAN, PR   00936
```