IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**TOMAS DUEÑO ESPADA**<br>**MERCEDES LUGO RODRIGUEZ**<br><br>**DEBTOR** | CASE NO.: 16-00470-ESL<br><br>CHAPTER 13 |

## MOTION AMENDING SCHEDULE G

TO THE HONORABLE COURT:

**COME NOW** debtors through the undersigned attorney and very respectfully state and pray as follows:

1) Schedule G needs to be amended to correct executor contracts.

2) Schedule G is hereby amended and filed.

**WHEREFORE** debtor respectfully prays from this Honorable Court to allow the amended Schedule B in substitution of the one previously filed.

## NOTICE TO CREDITORS AND PARTIES IN INTEREST

Notice is hereby given that a Motion Amending Schedule G has been filed by Debtor.

Within FOURTEEN (14) DAYS AFTER SERVICE as evidenced by the certification, and an additional three (3) days pursuant Fed. R. Bank P. (9006) (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief or remedy sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. It you file a timely response, the court may-in its discretion-schedule a hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date of filing a copy of this motion has been forwarded to every creditor in the master list address that do not have electronic filing records and for those who have the notification has been made by means of the CM/ECF System, including the Chapter 13 Trustee and the U.S. Trustee for the District of Puerto Rico.

In Carolina Puerto Rico on May 14, 2016.

MORENO & MORENO LAW OFFICE
/s/ROSANA MORENO RODRIGUEZ
ATTORNEY FOR DEBTOR
USDC #221903
P.O. BOX 679
TRUJILLO ALTO, PR 00977
PHONE: (787) 750-8160 / 8166 / (787) 287-4116
FAX: (787) 750-8243
EMAIL: rmoreno@morenosolterolaw.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | TOMAS M. DUEÑO ESPADA | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | MERCEDES E. LUGO RODRIGUEZ | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | 16-00470 ESL | |

☑ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases             12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | 6 shorterm $60.00 weekly | 6 short term $60.00 weekly Calle Tapia. $1,560.00 |
| 2.2 | DEBORAH SANTIAGO | $325 Golden Hills |
| 2.3 | JOSE MUÑOZ | $325 - Golden Hills |
| 2.4 | MARGARET DUENO | $325.00 PER MONTH AT CUPIDO 631, VENUS GARDENS. |
| 2.5 | SRA. MENDEZ CRUZ | $325 Golden Hills |
| 2.6 | WILDA GARRASTEGUI | $400 per month contract Golden Hills |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | TOMAS M. DUEÑO ESPADA | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | MERCEDES E. LUGO RODRIGUEZ | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 16-00470 | | |

 Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ TOMAS M. DUEÑO ESPADA  
**TOMAS M. DUEÑO ESPADA**  
Signature of Debtor 1

Date May 14, 2016

X /s/ MERCEDES E. LUGO RODRIGUEZ  
**MERCEDES E. LUGO RODRIGUEZ**  
Signature of Debtor 2

Date May 14, 2016

ADVANCE COLLECTION SERVICES, INC.
PO BOX 364607
SAN JUAN, PR 00936-4607


ATT
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921


BANCO POPULAR DE PR
PO BOX 70100 CARD PRODUCTS DIVISION
SAN JUAN, PR 00936


BANCO POPULAR DE PR
MORTGAGE SERVICING DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708


BANCO POPULAR DE PUERTO RICO
PO BOX 366818 BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00936-6818


BAUTISTA CAYMAN ASSET COMPANY
CAPITAL CROSSING PUERTO RICO LLC
221 AVE. PONCE DE LEON 221 PLAZA
HATO REY, PR 00918


CICA COLLECTION AGENCY, INC.
PO BOX 12338
SAN JUAN, PR 00914-0338

```
CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC  28272-0919


COLLECTION & MANAGEMENT ASSISTANCE INC.
239 ARTERIAL HOSTOS AVE SUITE 1102
CAPITAL CENTER, SOUTH TOWER
SAN JUAN, PR  00918-1477


CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387


DEPARTAMENTO DE HACIENDA
CAPITOL CENTER TORRE NORTE SUITE 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR  00918-1454


DTOP
PO BOX 41243
DIRECTORIA DE SERVICIOS AL CONDUCTOR
SAN JUAN, PR  00940-1243


FIRST BANK DE PR
PO BOX 8318 DEPARTAMENTO DE HIPOTECAS
SAN JUAN, PR  00910-0318


IRS
PO BOX 7346
PHILADELPHIA, PA  19101-7346
```

```
LCDO. NICOLAS QUIÑONES CASTRILLO
PO BOX 195389 ATTORNEY OF DORAL BANK
SAN JUAN, PR  00919-5389


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENTPO B
HOUSTON, TX  77210-4457


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO Box 4457
Houston, TX  77210-4457


MUNICIPALITY SAN JUAN
SAN JUAN  P.O. BOX 70179
PR, PR  00936-8179


NW MANAGEMENT GROUP INC
URB EL CEREZAL CALLE PARANA #1650
SAN JUAN, PR  00926


POPULAR AUTO
PO BOX 366818
SAN JUAN, PR  00936-6818


PR ACQUISITIONS, LLC
PO BOX 194499
SAN JUAN, PR  00919-4499
```

```
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 11907
SAN JUAN, PR  00922


TOYOTA CREDIT DE PR
PO BOX 366251
SAN JUAN, PR  00936
```