IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

TOMAS M. DUEÑO ESPADA
MERCEDES E. LUGO RODRIGUEZ

DEBTOR (S)

CASE NO.: 16-00470 ESL

CHAPTER 13

## CONTINUANCE OF HEARING

TO THE HONORABLE COURT:

 **COMES NOW** the debtors through the undersigned attorney and very respectfully state and pray as follows:

1) The confirmation hearing in this case is scheduled for tomorrow, January 25, 2017. Debtors need to file two additional objections to claim in this case given the plan is currently insufficiently funded.

2) Debtors already filed an objection to claim filed by Carolina Building, and will be filing two other objection to claims against the Internal Revenue Service and the Puerto Rico Treasury Department.

3) Thus Debtors need additional time to confirm the case. These objections affect sufficiency.

 **WHEREFORE** debtors very respectfully request from this Honorable Court to rescheduled the confirmation hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date of filing a copy of this motion has been forwarded to every creditor in the master list address that do not have electronic filing records and for those who have the notification has been made by means of the CM/ECF System, including the Chapter 13 Trustee and the U.S. Trustee for the District of Puerto Rico.

In Carolina, Puerto Rico this January 24, 2017

MORENO & SOLTERO, LLC
/s/ROSANA MORENO RODRIGUEZ
ATTORNEY FOR DEBTOR
USDC #221903
P.O. BOX 679
TRUJILLO ALTO, PR 00977
PHONE: (787) 750-8160 / 8166 / (787) 287-4116
FAX: (787) 750-8243
EMAIL: rmoreno@morenosolterolaw.com
asoltero@morenosolterolaw.com

```
ADVANCE COLLECTION SERVICES, INC.
PO BOX 364607
SAN JUAN, PR   00936-4607


AT & T MOBILITY
PO BOX 10330
FORT WAYNE, IN   46851-0330


AUTORIDAD ACUEDUCTOS ALCANTARILLADOS
PO BOX 70101
SAN JUAN, PR   00936-8101


BANCO POPULAR DE PR
PO BOX 70100 CARD PRODUCTS DIVISION
SAN JUAN, PR   00936


BANCO POPULAR DE PR
MORTGAGE SERVICING DEPARTMENT
PO BOX 362708
SAN JUAN, PR   00936-2708


BANCO POPULAR DE PUERTO RICO
PO BOX 366818 BANKRUPTCY DEPARTMENT
SAN JUAN, PR   00936-6818


BAUTISTA CAYMAN ASSET COMPANY
CAPITAL CROSSING PUERTO RICO LLC
221 AVE. PONCE DE LEON 221 PLAZA
HATO REY, PR   00918
```

```
CICA COLLECTION AGENCY, INC.
PO BOX 12338
SAN JUAN, PR  00914-0338


CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC  28272-0919


COLLECTION & MANAGEMENT ASSISTANCE INC.
239 ARTERIAL HOSTOS AVE SUITE 1102
CAPITAL CENTER, SOUTH TOWER
SAN JUAN, PR  00918-1477


CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387


DEPARTAMENTO DE HACIENDA
CAPITOL CENTER TORRE NORTE SUITE 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR  00918-1454


DTOP
PO BOX 41243
DIRECTORIA DE SERVICIOS AL CONDUCTOR
SAN JUAN, PR  00940-1243


FIRST BANK DE PR
PO BOX 8318 DEPARTAMENTO DE HIPOTECAS
SAN JUAN, PR  00910-0318
```

```
IRS
PO BOX 7346
PHILADELPHIA, PA   19101-7346


LCDO. NICOLAS QUIÑONES CASTRILLO
PO BOX 195389 ATTORNEY OF DORAL BANK
SAN JUAN, PR   00919-5389


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENTBO B
HOUSTON, TX   77210-4457


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO Box 4457
Houston, TX   77210-4457


MUNICIPALITY SAN JUAN
SAN JUAN   P.O. BOX 70179
PR, PR   00936-8179


NW MANAGEMENT GROUP INC
URB EL CEREZAL CALLE PARANA #1650
SAN JUAN, PR   00926


POPULAR AUTO
PO BOX 366818
SAN JUAN, PR   00936-6818
```

```
PR ACQUISITIONS, LLC
PO BOX 194499
SAN JUAN, PR  00919-4499


RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 11907
SAN JUAN, PR  00922


TOYOTA CREDIT DE PR
PO BOX 366251
SAN JUAN, PR  00936
```