UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: TOMAS M DUENO ESPADA and MERCEDES E LUGO RODRIGUEZ
**Case Number**: 16-00470-ESL13    **Chapter**: 13
**Date / Time / Room**: 01/25/2017 02:00 pm osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: DARHMA ZAYAS
**Reporter / ECR**: EDNA SANABRIA

## Matter:

Doc# 53 Amended Plan Dated 4/4/16
Doc# 57 Objection to confirmation filed by Banco Popular de Puerto Rico
Doc# 59 Objection to confirmation filed by Rushmore Loan Management Services

— Current —
— No payment to Rushmore since Oct. 2015.
— TMTD (#74) filed Jan. 9, 2017.

## Appearances:

JOSE RAMON CARRION MORALES — Nanette Godreau
ROSANA MORENO RODRIGUEZ — excused
SERGIO RAMIREZ DE ARELLANO
ROSAMAR GARCIA FONTAN ✓ Rushmore

## Proceedings:

ORDER:

X (Amended) plan dated 4.4.16 [Docket no. 53] ___ CONFIRMED X NOT CONFIRMED X LBR 3015  plan is insuff. fundable.

___ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No._____], is hereby _____ granted _____ denied.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted _____ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees:$3,000.00; Other:_____

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge