**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**TOMAS M DUENO ESPADA**
**aka TOMAS MANUEL DUENO ESPADA**
**MERCEDES E LUGO RODRIGUEZ**
**aka MERCEDES ELIZABETH LUGO RODRIGUEZ**

xxx−xx−6032
xxx−xx−1841

Debtor(s)

Case No. **16−00470 ESL**

Chapter **13**

FILED & ENTERED ON 2/15/17

*ORDER*

The motion filed by Debtors requesting to reply to trustee's motion to dismiss (docket #74, 76, 78, 80, 82) is hereby granted The debtor is hereby granted (30) days to answer the chapter 13 trustee's motion to dismiss and to address the denial of confirmation at the confirmation hearing held on January 25, 2017 (See dkt. #80). Order due by 3/9/2017.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, February 15, 2017 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge