## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE

**TOMAS M. DUEÑO ESPADA**
**MERCEDES LUGO RODRIGUEZ**

**DEBTORS**

CASE NO.: 16-00470-ESL

CHAPTER 13

## EXTENSION OF TIME

**TO THE HONORABLE COURT:**

    **COME NOW** debtors through the undersigned attorney and very respectfully pray and show as follows:

1. This Honorable Court has granted until March 9, 2017 to address the denial of confirmation.
2. Debtors have decided to provide for the lift of stay on various properties.
3. Debtors respectfully request an additional period of fourteen (14) days to file an amended plan accordingly.

    **WHEREFORE** debtors very respectfully pray from this Honorable Court to take notice of the above and grant a period of fourteen (14) days to file a new plan.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date of filing a copy of this motion has been forwarded to every creditor in the master list address who does not have electronic filing records and to those who have the notification that has been made by means of the CM/ECF System, including the Chapter 13 Trustee and the U.S. Trustee for the District of Puerto Rico.

In Carolina, Puerto Rico, this March 13, 2017.

MORENO & SOLTERO, LLC
/s/ ROSANA MORENO RODRIGUEZ
ATTORNEY FOR DEBTOR
USDC #221903
P.O. BOX 679
TRUJILLO ALTO, PR  00977
TELEPHONE: (787) 750-8160  / 8166
FAX: (787) 750-8243
rmoreno@morenosolterolaw.com